| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Travis Augustine Martin** | Social Security number or ITIN   xxx–xx–4524 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Utah** | | Date case filed for chapter **13:   11/23/18** |
| Case number:   **18–28803   RKM** | | |

Official Form 309I (12/17)

# Notice of Chapter 13 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029 #85.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Travis Augustine Martin | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6678 S Alfred Way<br>Salt Lake City, UT 84123 | |
| 4. | **Debtor's attorney**<br>Name and address | David L. Fisher<br>Fisher Law Group PLLC<br>2825 East Cottonwood Parkway Suite 500<br>Cottonwood Heights, UT 84121 | Contact phone 801–931–9001<br><br>Email:  fisherlawllc@lawyer.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lon Jenkins tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111 | Contact phone (801) 596–2884<br><br>Email:  utahtrusteemail@ch13ut.org |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |

Official Form 309I   **Notice of Chapter 13 Bankruptcy Case**                                                                    page 1
Date Generated: 11/29/18                                                                                     For more information, see page 2 >

Debtor **Travis Augustine Martin** Case number **18–28803**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**Dec. 28, 2018** at **11:00 AM**<br><br>Location:<br>**405 South Main Street, Suite 250, Salt Lake City, UT 84111** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/26/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/1/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/22/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan and confirmation hearing on docket**<br><br>**Objections to Confirmation** | The debtor has not filed a plan as of this date. A copy of the plan will be sent separately.<br>The hearing on confirmation will be held on: **2/5/19** at **10:00 AM**<br>Location: **U. S. Bankruptcy Court, Rm 369, 350 South Main, Salt Lake City, UT 84101**<br><br>Objections to confirmation must be filed and served no later than 7 days before the date set for confirmation. If there are no timely filed objections to confirmation pending or if all objections to confirmation are resolved by a court order or a stipulation signed by the debtor, the trustee and the objecting party, a plan may be confirmed without objection, and the hearing stricken. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

Official Form 309I   **Notice of Chapter 13 Bankruptcy Case**   page 2

United States Bankruptcy Court
District of Utah

In re:  
Travis Augustine Martin  
    Debtor

Case No. 18-28803-RKM  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 1088-2 | User: jtt | Page 1 of 2 | Date Rcvd: Nov 29, 2018 |
| | Form ID: 309I | Total Noticed: 30 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2018.
```
db             +Travis Augustine Martin,    6678 S Alfred Way,    Salt Lake City, UT 84123-6519
11166398       +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
11166406      ++CREDIT CORP SOLUTIONS INC,    121 W ELECTION RD,    SANDY UT 84020-7766
                (address filed with court:  Credit Corp Solutions,     180 W Election Rd Ste 20,
                Draper, UT 84020)
11166403       +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                Saint Louis, MO 63179-0040
11166405       +Conn's HomePlus,    Attn: Bankruptcy,    Po Box 2358,    Beaumont, TX 77704-2358
11166409       +LendingClub,    Attn: Bankruptcy,    71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: fisherlawllc@lawyer.com Nov 30 2018 01:44:58     David L. Fisher,
                Fisher Law Group PLLC,    2825 East Cottonwood Parkway Suite 500,
                Cottonwood Heights, UT  84121
tr             +E-mail/Text: bnc@ch13ut.org Nov 30 2018 01:45:32      Lon Jenkins tr,    405 South Main Street,
                Suite 600,    Salt Lake City, UT 84111-3408
11166395       +EDI: AFNIRECOVERY.COM Nov 30 2018 06:33:00      Afni, Inc.,    Attn: Bankruptcy,    Po Box 3427,
                Bloomington, IL 61702-3427
11166396       +EDI: APPLIEDBANK.COM Nov 30 2018 06:34:00      Applied Bnk,    Attn: Bankruptcy,    Po Box 17125,
                Wilmington, DE 19850-7125
11166397       +E-mail/Text: bk@avant.com Nov 30 2018 01:45:25      Avant,    Attn: Bankruptcy,    Po Box 9183380,
                Chicago, IL 60691-3380
11166399        EDI: BANKAMER.COM Nov 30 2018 06:34:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998
11166406        E-mail/Text: customercareus@creditcorpsolutionsinc.com Nov 30 2018 01:44:59
                Credit Corp Solutions,    180 W Election Rd Ste 20,    Draper, UT 84020
11166400       +E-mail/Text: collections@canyonstatecu.org Nov 30 2018 01:45:23      Canyon State Credit Un,
                Attn: Bankruptcy,    3440 W Deer Valley Rd,    Phoenix, AZ 85027-2258
11166401       +EDI: CAPITALONE.COM Nov 30 2018 06:34:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
11166402       +EDI: CHASE.COM Nov 30 2018 06:34:00      Chase Card Services,    Correspondence Dept,
                Po Box 15298,    Wilmington, DE 19850-5298
11166404        EDI: WFNNB.COM Nov 30 2018 06:34:00      Comenity Capital/Zales,    Attn: Bankrutptcy Dept,
                Po Box 18215,    Columbus, OH 43218
11166407       +EDI: RCSFNBMARIN.COM Nov 30 2018 06:34:00      Credit One Bank,    Attn: Bankruptcy,
                Po Box 98873,    Las Vegas, NV 89193-8873
11166408       +EDI: DISCOVER.COM Nov 30 2018 06:34:00      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
11166410       +E-mail/Text: bankruptcy@matcotools.com Nov 30 2018 01:45:43      Matco Tools,    Attn: Bankruptcy,
                4403 Allen Rd,    Stow, OH 44224-1096
11166411       +EDI: MID8.COM Nov 30 2018 06:34:00      Midland Funding,    2365 Northside Dr Ste 300,
                San Diego, CA 92108-2709
11166412       +EDI: PRA.COM Nov 30 2018 06:33:00      Portfolio Recovery,    Po Box 41021,
                Norfolk, VA 23541-1021
11166413       +EDI: RESURGENT.COM Nov 30 2018 06:34:00      Resurgent Capital Services,    Po Box 10587,
                Greenville, SC 29603-0587
11166414       +EDI: DRIV.COM Nov 30 2018 06:33:00      Santander Consumer USA,    Attn: Bankruptcy,
                Po Box 961245,    Fort Worth, TX 76161-0244
11166415       +EDI: RMSC.COM Nov 30 2018 06:34:00      Syncb/ccsycc,    Attn: Bankruptcy,    Po Box 965060,
                Orlando, FL 32896-5060
11162781       +EDI: RMSC.COM Nov 30 2018 06:34:00      Synchrony Bank,
                Care of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
11166416       +EDI: RMSC.COM Nov 30 2018 06:34:00      Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
11166417       +EDI: RMSC.COM Nov 30 2018 06:34:00      Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
11166418       +EDI: RMSC.COM Nov 30 2018 06:34:00      Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,
                Orlando, FL 32896-5060
11166419       +EDI: RMSC.COM Nov 30 2018 06:34:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
11166420       +EDI: VERIZONCOMB.COM Nov 30 2018 06:33:00      Verizon Wireless,
                Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 1088-2          User: jtt              Page 2 of 2           Date Rcvd: Nov 29, 2018
                              Form ID: 309I          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 24, 2018 at the address(es) listed below:
      David L. Fisher    on behalf of Debtor Travis Augustine Martin fisherlawllc@lawyer.com,
       fisherdr81428@notify.bestcase.com
      Lon Jenkins tr    ecfmail@ch13ut.org,    lneebling@ch13ut.org
      United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 3