Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE District of Utah, Central Division

| | |
|---|---|
| **IN RE:** | **CASE: 18-28803** |
| TRAVIS AUGUSTINE MARTIN | **CHAPTER 13** |
| | **HON. R. KIMBALL MOSIER** |
| **Debtor** | Confirmation Hearing:February 05, 2019 |

## ORDER CONTINUING CONFIRMATION HEARING FOLLOWING CONTESTED CONFIRMATION HEARING

A hearing on confirmation of the Chapter 13 plan came before this Court on February 5, 2019  10:00 am.  The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The Confirmation Hearing shall be rescheduled to the next available date by the clerk of the court.

The § 341 Meeting of Creditors shall be rescheduled to the next available date by the clerk of the court.

The deadline to file objections to exemptions is extended 30 days from the § 341 Meeting of Creditors.

The deadline to file complaints concerning discharge is extended 60 days from the § 341 Meeting of Creditors.

Objection to dismissal is sustained.

On or before February 19, 2019, the Debtors shall be current on ALL Plan payments through January or the case shall be dismissed without further notice and hearing. The Debtors must ensure that the payment is mailed (Standing Chapter 13 Trustee, 3111 Momentum Place, Chicago, IL 60689-5331), transmitted online (www.TFSbillpay.com), or in-person (MoneyGram locations) early enough to post by the deadline.

Notwithstanding any other provision in this Order, if the Debtors are more than **21 days** late in making any pre-confirmation Plan payments, the Court may dismiss the case without further notice or hearing.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on March 11, 2019.

TRAVIS AUGUSTINE MARTIN, 6678 S ALFRED WAY, SALT LAKE CITY, UT  84123


DAVID L. FISHER,  ECF Notification

/s/ Shaylyn Lins

**DESIGNATION OF PARTIES TO BE SERVED**

TRAVIS AUGUSTINE MARTIN, 6678 S ALFRED WAY, SALT LAKE CITY, UT  84123

DAVID L. FISHER,  ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION