Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| In re:<br><br>TRAVIS AUGUSTINE MARTIN<br><br>Debtor. | Case No. 18-28803<br>Chapter 13<br>Judge R. Kimball Mosier<br>*Confirmation Hearing: June 18, 2019 at10:00 A.M.* |
|---|---|

### TRUSTEE'S MOTION TO DISMISS

Lon A. Jenkins, Chapter 13 Trustee, by and through counsel, hereby moves the Court to Dismiss the Debtor's bankruptcy case for failure to resolve the Trustee's objection to confirmation.

1. The Debtor filed for chapter 13 relief on November 23, 2018.

2. As of the date of this Motion, the Debtor is delinquent $615.00 (1 plan payment).

3. The Trustee filed an original objection to confirmation on January 3, 2019 (Docket 12) and continuing objections on April 30, 2019 (Docket 24) and May 10, 2019 (Docket 26). To date, the Debtor has failed to resolve any of the issues outlined in the Trustee's Continuing Objection to Confirmation (Docket 26).

4. The Trustee asserts that the Debtor's failure to prosecute his case has caused a delay that is prejudicial to creditors.

5. If the Debtor fails to bring the plan payments current and fails to resolve the Trustee's objection to confirmation as outlined in Docket 26 filed on May 10, 2019 prior to the hearing, the Trustee requests Dismissal.

WHEREFORE, the Trustee requests entry of an Order granting the relief requested in the Motion.

DATED: May 30, 2019.

/s/ Katherine T. Kang
Katherine T. Kang
Attorney for Chapter 13 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 30, 2019, a true and correct copy of the foregoing paper was served electronically via CM/ECF to the persons listed below.

DAVID L. FISHER – Attorney for Debtor

The undersigned hereby certifies that on May 30, 2019, a true and correct copy of the foregoing paper was addressed to the following person(s) and deposited in the U.S. Mail, first-class postage prepaid.

**Travis Augustine Martin**
6678 S. Alfred Way
Salt Lake City, UT 84123

/s/     Helen Doherty
Office of the Chapter 13 Trustee

2