Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE District of Utah, Central Division

| | |
|---|---|
| **IN RE:** | **CASE: 18-28803** |
| TRAVIS AUGUSTINE MARTIN | **CHAPTER 13** |
| | **HON. R. KIMBALL MOSIER** |
| **Debtor** | Confirmation Hearing: June 18, 2019 |

## ORDER CONTINUING CONFIRMATION HEARING FOLLOWING CONTESTED CONFIRMATION HEARING

A hearing on confirmation of the Chapter 13 plan came before this Court on June 18, 2019 10:00 am.  The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

1. The hearing on confirmation is continued to July 23, 2019 at 10:00 AM.

2. At the confirmation hearing, the Court ruled that any award of attorney's fees to counsel would be reduced by $250.00.

3. If same issues in Trustee's objection to confirmation remain outstanding at the continued confirmation hearing, the case will be dismissed.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on June 19, 2019.

DAVID L. FISHER,  ECF Notification

NATHAN FIROUZI, UTAH STATE TAX COMMISSION, ECF NOTIFICATION

/s/ Jennifer Lundgreen

## DESIGNATION OF PARTIES TO BE SERVED

TRAVIS AUGUSTINE MARTIN, 6678 S ALFRED WAY, SALT LAKE CITY, UT  84123

DAVID L. FISHER,  ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION
NATHAN FIROUZI, UTAH STATE TAX COMMISSION, ECF NOTIFICATION