UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>TRAVIS AUGUSTINE MARTIN<br><br>Debtor(s) | Case No. 18-28803 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lon A Jenkins, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/23/2018.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 07/21/2019.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $11,161.35.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,305.00 |
| Less amount refunded to debtor | $720.40 |

**NET RECEIPTS:** $3,584.60

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $305.66 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$305.66**

Attorney fees paid and disclosed by debtor:   $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Afni, Inc. | Unsecured | 838.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | NA | 152.82 | 152.82 | 0.00 | 0.00 |
| Bank of America | Unsecured | 2,282.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | NA | 2,282.59 | 2,282.59 | 0.00 | 0.00 |
| Capital One | Unsecured | 6,642.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 2,688.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), NA | Unsecured | NA | 2,938.86 | 2,938.86 | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | NA | 5,436.91 | 5,436.91 | 0.00 | 0.00 |
| Chase Card Services | Unsecured | 5,436.00 | NA | NA | 0.00 | 0.00 |
| Chase Card Services | Unsecured | 1,728.00 | NA | NA | 0.00 | 0.00 |
| Citicards | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Comenity Capital/Zales | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Credit Corp Solutions | Unsecured | 511.00 | NA | NA | 0.00 | 0.00 |
| LendingClub | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management,Inc | Unsecured | NA | 417.70 | 417.70 | 0.00 | 0.00 |
| Midland Credit Management,Inc | Unsecured | NA | 2,856.07 | 2,856.07 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 2,856.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 2,397.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 2,396.59 | 2,396.59 | 0.00 | 0.00 |
| OFFICE OF THE ARIZONA ATTORNEY | Unsecured | NA | 103.74 | 103.74 | 0.00 | 0.00 |
| OFFICE OF THE ARIZONA ATTORNEY | Priority | NA | 15,970.74 | 15,970.74 | 0.00 | 0.00 |
| Portfolio Recovery | Unsecured | 1,588.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 1,587.76 | 1,587.76 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 585.86 | 585.86 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 18,019.04 | 18,019.04 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 18,019.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 25,684.97 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC d/ | Secured | NA | 25,664.04 | 25,664.04 | 3,278.94 | 0.00 |
| Synchrony Bank/Amazon | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Synchrony Bank/Sams | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Walmart | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| UNIFUND CCR PARTNERS | Unsecured | NA | 5,305.02 | 5,305.02 | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $25,664.04 | $3,278.94 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$25,664.04** | **$3,278.94** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $15,970.74 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$15,970.74** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$42,082.96** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $305.66 |
| Disbursements to Creditors | $3,278.94 |
| **TOTAL DISBURSEMENTS :** | **$3,584.60** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/09/2019          By: /s/ Lon A Jenkins
                                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

18-28803

# CERTIFICATE OF MAILING

    The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Final Report and Account was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on August 09, 2019:

TRAVIS AUGUSTINE MARTIN, 6678 S ALFRED WAY, SALT LAKE CITY, UT 84123

DAVID L. FISHER, ECF NOTIFICATION

                                                /s/ Office of Chapter 13 Trustee

**UST Form 101-13-FR-S (9/1/2009)**