UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

DATE OF 341 MEETING: 9/3/19                           CASE NO: 18-28803 RKM

IN RE: TRAVIS AUGUSTINE MARTIN                        TRUSTEE: PEGGY HUNT

**MOTION TO DISMISS/CHAPTER 7 SECTION 341 MEETING REPORT/
STATEMENT OF FAILURE TO COMPLY**

**PURSUANT TO APPLICABLE LOCAL RULES AS REFERENCED IN PARAGRAPH(S) 1 AND 2 BELOW, THE TRUSTEE RECOMMENDS DISMISSAL OF THIS CASE AND THE COURT WILL ENTER AN ORDER OF DISMISSAL UNLESS AN OBJECTION TO DISMISSAL IS FILED BY SEPTEMBER 30, 2019.**

1. DEBTOR(S)
   [ ] Present                    [ X ] Not Present – Local Bankruptcy Rule ("LBR") 2003-1(a)
                                  [ ] Husband Present, Wife Not – LBR 2003-1(a)
                                  [ ] Wife Present, Husband Not – LBR 2003-1(a)
2. DEBTOR(S)' ATTORNEY
   [ ] Present   [ X ] Not Present – LBR 2003-1(a)   [ ] N/A (Pro se)
3. MAILING MATRIX TIMELY FILED
   [ ] Yes       [ ] No – LBR 1007-1
4. DOMESTIC SUPPORT OBLIGATION MAILING MATRIX TIMELY FILED
   [ ] Yes       [ ] No – Bankr. D. Rule 1007-1(b)
5. NEW ADDRESS FOR DEBTOR?
   [ ] No        [ ] Yes – Debtor and Attorney advised of duty to file written notice of change of address
6. FAILURE TO PROVIDE THE FOLLOWING DOCUMENTS UNDER LBR 4002-1(b) – (d):
   _____
   _____
7. MEETING: [ ] Concluded        [ ] Continued to: _____
   Due to failure of Debtor(s) to provide to Trustee all required documents
8. IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE TRUSTEE HEREBY REQUESTS :
   [ X ] A 341 hearing be rescheduled        [ ] A 341 hearing NOT be rescheduled

CREDITORS: _____

PRESIDING OFFICER: Peggy Hunt

    This Motion to Dismiss/Section 341 Meeting Report/Failure to Comply has been mailed to the Debtor(s) and at the addresses that appear on the Petition in this case. In addition, a copy has been delivered via ECF to the Office of the U.S. Trustee and Debtor(s)' counsel.

Date: 9/4/19

                                        _____/s/_____
                                        Peggy Hunt, Chapter 7 Trustee