Signed as modified by the Court.

**This order is SIGNED.**



**Dated: November 20, 2019**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge



David L. Fisher (11570)
**Fisher Law Group PLLC**
2825 E. Cottonwood Pkwy, Suite 500
Cottonwood Heights, UT 84121
Email: fisherlawllc@lawyer.com
Telephone: (801) 931-9001
*Attorney for Debtor Travis Augustine Martin*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| In re: | Case No. 18-28803 |
|---|---|
| TRAVIS AUGUSTINE MARTIN, | Chapter 7 |
| Debtor | Judge: R. Kimball Mosier |

**ORDER VACATING DISMISSAL AND
REINSTATING CHAPTER 7 BANKRUPTCY CASE**

Debtor's Motion to Vacate Dismissal came for consideration before Judge R. Kimball Mosier, Courtroom 369, Frank E. Moss Federal Courthouse, 350 South Main Street, Salt Lake City, Utah.

The deadline to file a response of November 13, 2019 has passed and no creditor has objected nor responded. The Chapter 7 Trustee has agreed to endorse this order.

Therefore, having read the arguments/representations of counsel in the motion and good

cause appearing therefore, this Court hereby ORDERS:

1. The Debtor's motion is GRANTED under Fed. R. Civ. P. 60(b).

2. The Order of Dismissal is hereby vacated, and the case is reinstated as an active Chapter 7 bankruptcy case.

3. The 341 Meeting of the Creditors is to be rescheduled for the next available time slot on the Chapter 7 Trustee's calendar.

4. The deadline to object to exemptions is extended 30 days from the conclusion of the rescheduled 341 meeting. The deadline to file a complaint to challenge debtor's discharge or dischargeability of certain debts is extended 60 days from the rescheduled 341 meeting.

-------END OF ORDER-------

_____ooo0ooo_____

**DESIGNATION OF PARTIES TO RECEIVE NOTICE**

Service of the foregoing **ORDER VACATING DISMISSAL** shall be served to the parties and in the manner designated below.

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

| | |
|---|---|
| P. Matthew Cox | pmc@scmlaw.com |
| Mary M. Hunt | hunttrustee@dorsey.com |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| David L. Fisher | fisherlawllc@lawyer.com |

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

All parties listed on the mailing matrix maintained by the court in this case.