**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Travis Augustine Martin** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4524 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **District of Utah** <br> Case number:    **18–28803    RKM** | | Date case filed in chapter **13 : 11/23/18** <br> Date case converted to chapter **7: 7/21/19** |

Official Form 309A (For Individuals or Joint Debtors) (12/15)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029 #85.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Travis Augustine Martin | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6678 S Alfred Way <br> Salt Lake City, UT 84123 | |
| 4. | **Debtor's attorney** <br> Name and address | David L. Fisher <br> Fisher Law Group PLLC <br> 2825 East Cottonwood Parkway Suite 500 <br> Cottonwood Heights, UT 84121 | Contact phone 801–931–9001 <br><br> Email:  fisherlawllc@lawyer.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Mary M. Hunt tr <br> Dorsey & Whitney <br> 111 S. Main Street, 21st Floor <br> Salt Lake City, UT 84111 | Contact phone (801) 933–7360 <br><br> Email:  hunttrustee@dorsey.com |

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**December 19, 2019 at 03:00 PM**<br><br>Location:<br>**405 South Main Street, Suite 250, Salt Lake City, UT 84111** |
| **8. Presumption of abuse** | The presumption of abuse does not arise.<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/18/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                           United States Bankruptcy Court
                                  District of Utah
In re:                                                              Case No. 18-28803-RKM
Travis Augustine Martin                                             Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 1088-2          User: fsl                Page 1 of 2        Date Rcvd: Nov 21, 2019
                              Form ID: 309A            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2019.
db             +Travis Augustine Martin,    6678 S Alfred Way,    Salt Lake City, UT 84123-6519
aty            +P. Matthew Cox,    Snow Christensen & Martineau,    10 Exchange Place, 11th Floor,
                 P.O. Box 45000,    Salt Lake City, UT 84145-5000
11166398       +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
11195304       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
11206401       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
11178229       +Chrysler Capital,    1601 Elm St Ste 800,    Dallas TX 75201-7260
11171250       +Conn Appliances, Inc.,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
11201294       +Unifund CCR,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: fisherlawllc@lawyer.com Nov 22 2019 02:35:12      David L. Fisher,
                 Fisher Law Group PLLC,   2825 East Cottonwood Parkway Suite 500,
                 Cottonwood Heights, UT  84121
tr             +EDI: BMMHUNT.COM Nov 22 2019 07:28:00      Mary M. Hunt tr,    Dorsey & Whitney,
                 111 S. Main Street, 21st Floor,    Salt Lake City, UT 84111-2176
11166395       +EDI: AFNIRECOVERY.COM Nov 22 2019 07:28:00      Afni, Inc.,    Attn: Bankruptcy,    Po Box 3427,
                 Bloomington, IL 61702-3427
11166396       +EDI: APPLIEDBANK.COM Nov 22 2019 07:28:00      Applied Bnk,    Attn: Bankruptcy,    Po Box 17125,
                 Wilmington, DE 19850-7125
11351360       +EDI: AZDEPREV.COM Nov 22 2019 07:28:00      Arizona Department of Revenue,    2005 N Central Ave,
                 Suite 100,   Phoenix, AZ 85004-1546
11166397       +E-mail/Text: bk@avant.com Nov 22 2019 02:35:55      Avant,    Attn: Bankruptcy,    Po Box 9183380,
                 Chicago, IL 60691-3380
11166399        EDI: BANKAMER.COM Nov 22 2019 07:28:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
11166633        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 02:37:29
                 CACH, LLC C/O Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11166406        E-mail/Text: customercareus@creditcorpsolutionsinc.com Nov 22 2019 02:35:15
                 Credit Corp Solutions,    180 W Election Rd Ste 20,     Draper, UT 84020
11166400       +E-mail/Text: collections@canyonstatecu.org Nov 22 2019 02:35:50      Canyon State Credit Un,
                 Attn: Bankruptcy,    3440 W Deer Valley Rd,    Phoenix, AZ 85027-2258
11166401       +EDI: CAPITALONE.COM Nov 22 2019 07:28:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
11188335        EDI: CAPITALONE.COM Nov 22 2019 07:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
11166402       +EDI: CHASE.COM Nov 22 2019 07:28:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
11166403       +EDI: CITICORP.COM Nov 22 2019 07:28:00      Citicards,
                 Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,    Saint Louis, MO 63179-0040
11166404        EDI: WFNNB.COM Nov 22 2019 07:28:00      Comenity Capital/Zales,    Attn: Bankrutptcy Dept,
                 Po Box 18215,    Columbus, OH 43218
11166405       +E-mail/Text: bncnotices@becket-lee.com Nov 22 2019 02:36:09      Conn's HomePlus,
                 Attn: Bankruptcy,    Po Box 2358,    Beaumont, TX 77704-2358
11166407       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 22 2019 02:37:27      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
11166408       +EDI: DISCOVER.COM Nov 22 2019 07:28:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
11166409       +E-mail/Text: bk@lendingclub.com Nov 22 2019 02:35:53      LendingClub,    Attn: Bankruptcy,
                 71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
11166410       +E-mail/Text: bankruptcy@matcotools.com Nov 22 2019 02:36:10      Matco Tools,    Attn: Bankruptcy,
                 4403 Allen Rd,    Stow, OH 44224-1096
11166411       +EDI: MID8.COM Nov 22 2019 07:28:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
11202425       +EDI: MID8.COM Nov 22 2019 07:28:00      Midland Funding LLC,    Po Box 2011,
                 Warren MI 48090-2011
11168026        EDI: PRA.COM Nov 22 2019 07:28:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
11166412       +EDI: PRA.COM Nov 22 2019 07:28:00      Portfolio Recovery,    Po Box 41021,
                 Norfolk, VA 23541-1021
11166413       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 02:36:57
                 Resurgent Capital Services,    Po Box 10587,    Greenville, SC 29603-0587
11166414       +EDI: DRIV.COM Nov 22 2019 07:28:00      Santander Consumer USA,    Attn: Bankruptcy,
                 Po Box 961245,    Fort Worth, TX 76161-0244
11166415       +EDI: RMSC.COM Nov 22 2019 07:28:00      Syncb/ccsycc,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
11162781       +EDI: RMSC.COM Nov 22 2019 07:28:00      Synchrony Bank,
                 Care of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
11166416       +EDI: RMSC.COM Nov 22 2019 07:28:00      Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
11166417       +EDI: RMSC.COM Nov 22 2019 07:28:00      Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 1088-2          User: fsl              Page 2 of 2              Date Rcvd: Nov 21, 2019
                              Form ID: 309A          Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
11166418        +EDI: RMSC.COM Nov 22 2019 07:28:00     Synchrony Bank/Sams,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
11166419        +EDI: RMSC.COM Nov 22 2019 07:28:00     Synchrony Bank/Walmart,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
11203464         EDI: AIS.COM Nov 22 2019 07:28:00     Verizon,   by American InfoSource as agent,
                 PO Box 248838,   Oklahoma City, OK   73124-8838
11166420        +EDI: VERIZONCOMB.COM Nov 22 2019 07:28:00     Verizon Wireless,
                 Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 34

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11409851           Santander Consumer USA Inc. dba Chrylser Capital
11169304*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                   (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2019 at the address(es) listed below:
```
              David L. Fisher    on behalf of Debtor Travis Augustine Martin fisherlawllc@lawyer.com,
               fisherdr81428@notify.bestcase.com
              Mary M. Hunt tr    hunttrustee@dorsey.com,  hunt.peggy@dorsey.com;UT18@ecfcbis.com
              P. Matthew Cox    on behalf of Creditor    Santander Consumer USA Inc. dba Chrylser Capital
               bankruptcy_pmc@scmlaw.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 4
```