P. MATTHEW COX (9879)
SNOW, CHRISTENSEN & MARTINEAU
Attorneys for Santander Consumer USA Inc. dba Chrysler Capital
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 18-28803 |
| | (Chapter 7) |
| TRAVIS AUGUSTINE MARTIN, | |
| | Hon. R. Kimball Mosier |
| Debtor. | |

**AMENDED NOTICE OF MOTION FOR RELIEF FROM THE
AUTOMATIC STAY AND NOTICE OF OPPORTUNITY FOR HEARING**

Objection Deadline: **December 31, 2019**
Hearing Date: **January 8, 2020**

PLEASE TAKE NOTICE that Santander Consumer USA Inc. dba Chrysler Capital ("Chrysler Capital") has filed with the United States Bankruptcy Court for the District of Utah, a Motion for Relief from the Automatic Stay (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Motion seeks relief from the automatic stay pertaining to a 2014 RAM 2500.

NO HEARING WILL BE CONDUCTED ON THE MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the court to grant the relief requested in the Motion, then you or your attorney must:

(1) on or before **December 31, 2019**, file with the Bankruptcy Court a written Objection, explaining your position, at:

> U. S. Bankruptcy Court
> 350 South Main Street
> Salt Lake City, UT 84101

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before **December 31, 2019**. You must also mail a copy to counsel for Chrysler Capital:

> P. Matthew Cox
> SNOW, CHRISTENSEN & MARTINEAU
> 10 Exchange Place, Eleventh Floor
> P. O. Box 45000
> Salt Lake City, UT 84111

(2) attend a hearing on **Wednesday, January 8, 2020** at the hour of **10:00 a.m.**, in Courtroom 369, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah. **There will be no further notice of the hearing and failure to attend the hearing will be deemed a waiver of your objection.**

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the

absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Motion without hearing.

DATED this 26th day of December, 2019

        SNOW, CHRISTENSEN & MARTINEAU

        /s/ P. Matthew Cox
        P. Matthew Cox
        Attorneys for Santander Consumer USA Inc. dba
           Chrysler Capital

## CERTIFICATE OF SERVICE BY ELECTRONIC NOTICE (CM/ECF)

I hereby certify that on December 26, 2019, I electronically filed the foregoing AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF OPPORTUNITY FOR HEARING, with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.  I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

> Mary M. Hunt
> 111 S. Main Street, 21st Floor
> Salt Lake City, UT 84111
>
> David L. Fisher
> Fisher Law Group
> 2825 E. Cottonwood Parkway, Suite 500
> Cottonwood Heights, UT 84121

## CERTIFICATE OF SERVICE BY MAIL OR OTHER MEANS

**Mail Service:**  First-class U.S. mail, postage pre-paid, addressed to:

> Travis Augustine Martin
> 6678 S. Alfred Way
> Salt Lake City, UT 84123

/s/ P. Matthew Cox

4851-1426-0902, v. 1