P. MATTHEW COX (9879)
SNOW, CHRISTENSEN & MARTINEAU
Attorneys for Santander Consumer USA Inc. dba Chrysler Capital
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 18-28803 |
| | (Chapter 7) |
| TRAVIS AUGUSTINE MARTIN, | |
| | Hon. R. Kimball Mosier |
| Debtor. | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Santander Consumer USA Inc. dba Chrysler Capital's Motion for Relief from the Automatic Stay came on regularly for consideration, pursuant to notice, before the above-entitled Court, the Honorable R. Kimball Mosier presiding, and Debtor, Debtor's counsel, and the Chapter 7 Trustee having been given notice, pursuant to Rule 4001-1, Rules of Practice of the United States Bankruptcy Court for the District of Utah, that a written response to the Motion was required by December 31, 2019 and Debtor and said Trustee having failed to file any such

response, and the Court being fully advised in the premises, and good cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the automatic stay pursuant to 11 U.S.C. § 362 be, and the same hereby is, lifted, and Chrysler Capital is hereby authorized to exercise its contractual, state and common law remedies relating to the 2014 RAM 2500, Vehicle Identification 3C6UR5NLXEG295870 (the "Vehicle"), and to give all notices and take such action as is necessary to perfect its rights to file or amend its claim to assert any deficiency remaining upon sale of the Vehicle.

Chrysler Capital is hereby ordered to remit the excess proceeds from the sale of the Vehicle to the Chapter 7 Trustee.

*   *   * END OF DOCUMENT *   *   *

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

P. Matthew Cox
Snow, Christensen & Martineau
P. O. Box 45000
Salt Lake City, UT 84111

Mary M. Hunt
111 S. Main Street, 21st Floor
Salt Lake City, UT 84111

David L. Fisher
Fisher Law Group
2825 E. Cottonwood Parkway, Suite 500
Cottonwood Heights, UT 84121

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Travis Augustine Martin
6678 S. Alfred Way
Salt Lake City, UT 84123

    Clerk